UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELNORA HARRINGTON BARNEY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 07-8058** |
| **ZC STERLING, ET AL.** | * | **SECTION "L" (1)** |

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to the Defendant's Motion for Summary Judgment (Rec. Doc. 9), set for hearing on February 13, 2008, has been timely submitted by the Plaintiff.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that the Defendant's Motion for Summary Judgment (Rec. Doc. 9) is GRANTED and that the Plaintiff's claims in this matter are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 8th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE